United States District Court
Southern District of Texas
**ENTERED**
December 18, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THALIA MARIE VILLALVA § | |
| § | |
| VS § | CIVIL ACTION NO. H: 23-204 |
| § | |
| KILOLO KIJAKAZI, Commissioner of § | |
| Social Security Administraton § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding are the parties' cross-motions for summary judgment (Doc. Nos. 13, 14) along with responses and replies; and, Judge Sheldon's Memorandum and Recommendation (Doc. No. 17) that the Court deny Plaintiff's Motion for Summary Judgment (Doc. No. 13) and grant Defendant's Motion for Summary Judgment (Doc. No. 14). The Plaintiff has filed Objections (Doc. No. 19) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that the Administrative Law Judge's findings were supported by substantial evidence. Accordingly, it is hereby

**ORDERED** that Plaintiff Objections (Doc. No. 19) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 17) is **ADOPTED**; Plaintiff's Motion for Summary Judgment (Doc. No. 13) is **DENIED**; and Defendant's Motion for Summary Judgment (Doc. No. 14) is **GRANTED**. It is further

**ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED this \_\_\_15th\_\_\_ day of December 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE